**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:                                              CASE NO. 22-10178-KKS
Ann K. Bowser                                                  CHAPTER 7

      Debtor(s)
_____/

**STATEMENT OF NO EMPLOYMENT INCOME**

*Check box if statement applies to debtor*     ☒    Debtor, Ann K. Bowser, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521 (a)(1)(B)(iv) and certifies as follows:

         ☒    Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition

         ☐    Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition

*Check box if statement applies to joint debtor*     ☐    Joint Debtor, N/A, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521 (a)(1)(B)(iv) and certifies as follows:

         ☐    Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition

         ☐    Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition

Date:  November 4, 2022     Signature of Debtor:   /s/ Ann K. Bowser
                                                                      Ann K. Bowser

/s/ Sharon T. Sperling  
 Sharon T. Sperling  
Florida Bar No. 0763489  
Attorney for Debtor  
P.O. Box 358000  
Gainesville FL 32635-8000  
(352) 371-3117  
(352) 377-6324 fax  
sharon@sharonsperling.com  

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on November 4, 2022 to the below listed persons and entities::

Theresa M. Bender  
   tmbenderch7@gmail.com, FL62@ecfcbis.com;tmbenderch7@ecf.inforuptcy.com  
United States Trustee  
   USTPRegion21.TL.ECF@usdoj.gov  

☐ **Served by U.S. Mail:** On November 4, 2022, the undersigned served the person(s) and/or entities listed below via by first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:
   ☐   Names and addresses of parties served:
OR
   ☐ See attached mailing matrix

☐ **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email:** On November 4, 2022, the undersigned served each persons or entity listed below via the means noted for each:

| **Name** | **Manner or Service** |
|---|---|
| N/A | |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sharon T. Sperling                              Date:   November 4, 2022  
Sharon T. Sperling