United States Bankruptcy Court

Northern District of Florida

In re:     Case No. 22-10178-KKS
Ann K. Bowser     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1129-1     User: admin     Page 1 of 3
Date Rcvd: Nov 07, 2022     Form ID: b309a     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann K. Bowser, 4000 NW 51st Street, Apt F101, Gainesville, FL 32606-4350 |
| 2468210 | + | AD Astra Recovery Service c/o Verge Credit At, 7330 W 33rd St, Building N, Suite 118, Wichita, KS 67205-9369 |
| 2468212 | + | Avant LLC c/o Web Bank Attn: Bankruptcy Depar, 222 N LaSalle St, Suite 1600, Chicago, IL 60601-1112 |
| 2468214 | + | CC Connect, a division of, Capital Community Bank, 3280 N. University Avenue, Provo, UT 84604-4405 |
| 2468224 | + | Commenity Bank c/o Torrid Attn: Bankruptcy De, P.O. Box 182789, Columbus, OH 43218-2789 |
| 2468225 | + | Commenity Bank c/o Ulta Attn: Bankruptcy Depa, P.O. Box 182120, Columbus, OH 43218-2120 |
| 2468226 | + | Contemporary Management Concepts, LLLP, 13400 Progress Blvd., Alachua, FL 32615-9444 |
| 2468228 | | Forsythe Finance, LLC, 225 S Executive Dr, Suite 201, Brookfield, WI 53005-4257 |
| 2468229 | + | George Bowser, 4000 NW 51st Street, Apt. F101, Gainesville, FL 32606-4350 |
| 2468231 | + | Lending Club Attn: Bankruptcy Dept., 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 2468232 | + | Lendumo, c/o ZenResolve LLC, 2770 Mission Rancheria Rd. #315, Lakeport, CA 95453-9612 |
| 2468233 | + | Lotane & Associates, P.A., 1980 Michigan Avenue, Cocoa, FL 32922-5729 |
| 2468236 | + | Macys/CBNA Attn: Bankruptcy Dept., 151 West 34th Street, New York, NY 10001-2101 |
| 2468235 | + | Macys/CBNA Attn: Bankruptcy Dept., Box 6789, Sioux Falls, SD 57117-6789 |
| 2468237 | + | Mariner Finance, 1121 NW 76th blvd, Gainesville, FL 32606-6752 |
| 2468240 | + | Spring Oaks Capital, LLC, First Electronic Bank, 2150 South 1300 East, Suite 400, Salt Lake City, UT 84106-4336 |
| 2468242 | + | Spring Oaks Capital, LLC c/o Celtic Bank, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23320-0207 |
| 2468241 | | Spring Oaks Capital, LLC c/o Celtic Bank, Attn: Bankruptcy Dept., P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 2468243 | | Spring Oaks Capital, LLC c/o The Bank of Miss, Attn: Bankruptcy Dept., P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 2468245 | + | Spring Oaks Capital, LLC c/o The Bank of Miss, 916 North Kingshighway, Perryville, MO 63775-1204 |
| 2468244 | + | Spring Oaks Capital, LLC c/o The Bank of Miss, Attn: Bankruptcy Dept., P.O. Box 4499, Beaverton, OR 97076-4499 |
| 2468247 | + | Spring Oaks Capital, LLC/First Electronic Ban, 1400 Crossways Blvd, Suite 100B, Chesapeake, VA 23320-0207 |
| 2468246 | | Spring Oaks Capital, LLC/First Electronic Ban, Attn: Bankruptcy Dept., P.O. Box 1216, Chesapeake, VA 23327-1216 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sharon@sharonsperling.com | Nov 08 2022 00:02:00 | Sharon T. Sperling, Law Office of Sharon T. Sperling, P.O. Box 358000, Gainesville, FL 32635-8000 |
| tr | + | EDI: BTMBENDER.COM | Nov 08 2022 05:03:00 | Theresa M. Bender, P.O. Box 14557, Tallahassee, FL 32317-4557 |
| smg | | EDI: FLDEPREV.COM | Nov 08 2022 05:03:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Nov 08 2022 05:03:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Nov 08 2022 00:02:00 | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301 |
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Nov 08 2022 00:02:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| 2468211 | + | Email/Text: bankruptcy@af247.com | Nov 08 2022 00:02:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |

| District/off: 1129-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2022 | Form ID: b309a | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 2468213 | + | EDI: CAPITALONE.COM | Nov 08 2022 05:03:00 | Capital One Bank, Attn: Bankruptcy Dept., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 2468215 | | EDI: CBS7AVE | Nov 08 2022 05:03:00 | Colony/THRGH c/o Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 2468216 | + | EDI: WFNNB.COM | Nov 08 2022 05:03:00 | Comenity Bank c/o Maurices, Attn: Bankruptcy Department, PO Box 182789, Columbus, OH 43218-2789 |
| 2468217 | + | EDI: WFNNB.COM | Nov 08 2022 05:03:00 | Comenity Bank c/o Talbots, Attn: Bankruptcy Department, PO Box 182789, Columbus, OH 43218-2789 |
| 2468218 | + | EDI: WFNNB.COM | Nov 08 2022 05:03:00 | Comenity Bank/CH & Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 2468219 | + | EDI: WFNNB.COM | Nov 08 2022 05:03:00 | Comenity Bank/New York & Co., Attn: Bankruptcy Department, PO Box 182789, Columbus, OH 43218-2789 |
| 2468220 | + | EDI: WFNNB.COM | Nov 08 2022 05:03:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 2468221 | + | EDI: WFNNB.COM | Nov 08 2022 05:03:00 | Comenity Bank/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 2468222 | | EDI: WFNNB.COM | Nov 08 2022 05:03:00 | Comenity Capital Bank c/o BOSC, Attn Bankruptcy Department, P.O. Box 182436, Columbia, OH 43218-2436 |
| 2468223 | + | EDI: WFNNB.COM | Nov 08 2022 05:03:00 | Comenity Capital Bank c/o JJill, Attn: Bankruptcy Department, PO Box 182120, Columbus, OH 43218-2120 |
| 2468227 | + | Email/Text: opportunitynotices@gmail.com | Nov 08 2022 00:02:00 | Finwise c/o Opploans, 130 E Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 2468230 | | EDI: IRS.COM | Nov 08 2022 05:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 2468234 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2022 00:07:12 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 2468238 | | EDI: AGFINANCE.COM | Nov 08 2022 05:03:00 | One Main Financial, Attn: Bankruptcy Dept., P.O. Box 3327, Evansville, IN 47732-3327 |
| 2468239 | + | Email/Text: bzern@celticbank.com | Nov 08 2022 00:02:00 | Spring Oaks Capital, LLC, c/o Celtic Bank, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 2468248 | | EDI: RMSC.COM | Nov 08 2022 05:03:00 | Synchrony Bank/Athleta, Attn: Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 2468249 | + | EDI: RMSC.COM | Nov 08 2022 05:03:00 | Synchrony Bank/Athleta, Attn: Bankruptcy Dept, P.O. Box 965005, Orlando, FL 32896-5005 |
| 2468250 | + | Email/Text: cfcbackoffice@contfinco.com | Nov 08 2022 00:02:00 | Verve c/o Continental Finance, Cardholder Services, PO Box 3220, Buffalo, NY 14240-3220 |
| 2468251 | | EDI: BLUESTEM | Nov 08 2022 05:03:00 | Webbank/Fingerhut, P.O. Box 0260, St Cloud, MN 56395-0260 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 1129-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 07, 2022 | Form ID: b309a | Total Noticed: 49 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2022            Signature:            /s/Gustava Winters

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Ann K. Bowser**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4210<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Northern District of Florida** | | Date case filed for chapter  **7**    **November 4, 2022** |
| Case number:    **22–10178–KKS** | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully. To protect your rights, consult an attorney.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://pacer.uscourts.gov. Anyone can register for the Electronic Bankruptcy Noticing program at https://bankruptcynotices.uscourts.gov/ to quickly receive court–issued notices and orders by email. This program is FREE.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ann K. Bowser | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4000 NW 51st Street<br>Apt F101<br>Gainesville, FL 32606 | |
| 4. | **Debtor's attorney**<br>Name and address | Sharon T. Sperling<br>Law Office of Sharon T. Sperling<br>P.O. Box 358000<br>Gainesville, FL 32635–8000 | Contact phone 352–371–3117<br><br>Email:  sharon@sharonsperling.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Theresa M. Bender<br>P.O. Box 14557<br>Tallahassee, FL 32317 | Contact phone 850–205–7777<br><br>Email:  tmbenderch7@gmail.com |

For more information, see page 2 >

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 | Hours open 9:00am – 4:00pm<br><br>Contact phone (866) 639–4615<br><br>Date: November 4, 2022 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 6, 2022 at 09:30 AM, ET**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of Social Security Number required *** | Location:<br><br>**Meeting will be telephonic. Dial (866), 619–0683 and enter 5736823, when prompted for participation code.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:<br>February 4, 2023** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |